HORNER v. HARRISON *et al.*

**Attachment:** ACTION ON BOND: PLEADING. In an action on an attachment bond, the plaintiff must allege the facts constituting the breach and the non-payment of the damages which it is averred he has sustained. Following *Ryder* v. *Thomas*, 32 Iowa, 56.

*Appeal from Kossuth District Court.*

WEDNESDAY, OCTOBER 22.

THIS action is brought upon an attachment bond. The defendants demurred. The court overruled the demurrer and rendered judgment for plaintiff. Defendants appeal.

The further facts are stated in the opinion.

*George E. Clark* and *M. Morris, Jr.*, for the appellants.

No appearance for the appellee.

MILLER, J. — The petition alleges the execution of the bond by the defendants, notices the conditions, to wit, that they (defendants) would pay all damages which the plaintiff might sustain by reason of the wrongful suing out of the writ of attachment; and alleges that the attachment was wrongfully sued out. It fails, however, to allege any breach in the conditions of the bond; it does not allege the nonpayment of the

damages which the plaintiff avers she has sustained. This averment is necessary under section 2960 of the Revision. This court so held in *Ryder* v. *Thomas*, 32 Iowa, 56. The demurrer should have been sustained.

Reversed.